1  Frederick D. Friedman
   ffriedman@JonesDay.com
2  JONES DAY
   555 South Flower Street
3  Fiftieth Floor
   Los Angeles, CA  90071.2300
4  Telephone:    +1.213.489.3939
   Facsimile:    +1.213.243.2539
5
   Attorneys for Plaintiffs
6  MINNESOTA INDEPENDENT COOPERATIVE and
   FMC DISTRIBUTORS, INC.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | MINNESOTA INDEPENDENT                          | **Case No. 3:15-cv-1812-JCS**
   | COOPERATIVE, a Minnesota corporation,
13 | and FMC DISTRIBUTORS, INC., a Puerto           | **NOTICE OF DISMISSAL OF
   | Rico corporation,                               | ACTION WITHOUT PREJUDICE**
14 |
   |                Plaintiffs,                      | **[RULE 41(a)(1)(A)(i), F.R.CIV.P.]**
15 |
   |        v.
16 |
   | UNITED STATES OF AMERICA and DOES
17 | 1 through 10, inclusive,
18 |                Defendants.

NAI-1500365723v1

NOTICE OF DISMISSAL OF ACTION
WITHOUT PREJUDICE 3:15-cv-1812-JCS

1  TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO DEFENDANT AND ITS
2  COUNSEL, ASSISTANT UNITED STATES ATTORNEY DAVID COUNTRYMAN:
3     PLEASE TAKE NOTICE that plaintiffs MINNESOTA INDEPENDENT
4  COOPERATIVE and FMC DISTRIBUTORS, INC. hereby dismiss this action without prejudice
5  pursuant to Rule 41(a)(1)(A)(i), F.R.Civ.P.

Dated: June 5, 2015                           Respectfully submitted,

                                              Jones Day


                                              By:    /s/ Frederick D. Friedman
                                                  Frederick D. Friedman

                                              Counsel for Plaintiffs
                                              MINNESOTA INDEPENDENT
                                              COOPERATIVE and FMC
                                              DISTRIBUTORS, INC.